IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO EDNEY,<br><br>               Petitioner,<br><br>  v.<br><br>THE COMMONWEALTH OF PENNSYLVANIA, et al.,<br><br>               Respondents. | CIVIL ACTION<br>NO. 14-4994 |
| ORLANDO EDNEY,<br><br>               Petitioner,<br><br>  v.<br><br>COMMONWEALTH OF PENNSYLVANIA, et al.,<br><br>               Respondents. | CIVIL ACTION<br>NO. 15-956 |

**ORDER**

    **AND NOW**, this 19th day of January 2016, upon careful and independent consideration of the Petitions for Writ of Habeas Corpus (Civil Action No. 14-4994, Doc. Nos. 4, 15; Civil Action No. 15-956, Doc. No. 4), and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Civil Action No. 14-4994, Doc. No. 30; Civil Action No. 15-956, Doc. No. 34), it is **ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Civil Action No. 14-4994, Doc. No. 30; Civil Action No. 15-956, Doc. No. 34) is **APPROVED** and **ADOPTED**;

2. The Petitions for a Writ of Habeas Corpus (Civil Action No. 14-4994, Doc. Nos. 4, 15; Civil Action No. 15-956, Doc. No. 4) are **DENIED**;

3. Petitioner's requests that the state charges be dismissed, for the appointment of counsel, and for removal of the state prosecution to this forum are **DENIED**;

4. Petitioner's Motion for the Appointment of Counsel (Civil Action No. 14-4994, Doc. No. 29) is **DENIED**;

5. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petitions. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000); and

6. The Clerk of Court shall close these cases for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.